IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **2-26CR-083-Z** |
| v. | No._____ |
| FELIPE MONTIEL-GUARDA | |

## INDICTMENT

The Grand Jury Charges:

Count One
Illegal Re-Entry After Deportation
(Violation of 8 U.S.C. §§ 1326(a), 1326(b)(2) and 6 U.S.C. §§ 202(3), 202(4), and 557)

On or about July 25, 2026, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Felipe Montiel-Guarda**, defendant, an alien, knowingly entered, attempted to enter, and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at and near Laredo, Texas, on or about January 25, 2018, and not having received the express consent of the Attorney General of the United States and Secretary of Homeland Security to apply for readmission to the United States since the time of his previous denial of admission, exclusion, deportation, and removal therefrom.

In violation of Title 8, United States Code, Sections 1326(a), 1326(b)(2), and Title 6, United States Code, Sections 202(3), 202(4), and 557.

**Felipe Montiel-Guarda**
**Indictment - Page 1**

A TRUE BILL:

_____
FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

_____
SEAN M. LONG
Assistant United States Attorney
Texas State Bar No. 24056734
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:    806-472-7351
Facsimile:    806-472-7394
E-mail:        sean.long@usdoj.gov

**Felipe Montiel-Guarda**
**Indictment - Page 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

FELIPE MONTIEL-GUARDA

INDICTMENT

COUNT 1:          ILLEGAL RE-ENTRY AFTER DEPORTATION
Title 8, United States Code, Sections 1326(a), 1326(b)(2);
Title 6, United States Code, Sections 202(3), 202(4), and 557.
(1 COUNT)

A true bill rendered:

Lubbock _____        _____ Foreperson

Filed in open court this 12th day of August_____, A.D. 2026.

DEFENDANT IN FEDERAL CUSTODY
Complaint No. 2:26-MJ-140-BR filed 07/27/2026.

_____
UNITED STATES MAGISTRATE JUDGE